NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

PARSONS GLOBAL SERVICES, INC.
(ON BEHALF OF ODELL INTERNATIONAL, INC.),
*Appellant,*

v.

JOHN MCHUGH, SECRETARY OF THE ARMY,
*Appellee.*

2011-1201

Appeal from the Armed Services Board of Contract Appeals in no. 56731, Administrative Judge Robert T. Peacock.

## ON MOTION

Before LOURIE, *Circuit Judge.*

## ORDER

The Secretary of the Army moves for leave to file a sur-reply and a supplemental appendix. Parsons Global Services, Inc. opposes in part. The Secretary replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for leave to file a sur-reply is denied without prejudice to the Secretary raising the additional arguments at oral argument, if appropriate. The motion for leave to file a supplemental appendix is granted. Copies of the supplemental appendix should be filed within 10 days.

FOR THE COURT

SEP 0 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James J. Gallagher, Esq.
    Stacy K. Grigsby, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 1 2011

JAN HORBALY
CLERK